# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF | : | No. 1624 Disciplinary Docket No. 3 |
| | : | |
| RICHARD M. CORCORAN | : | No. 74 DB 2009 |
| | : | |
| | : | Attorney Registration No. 75280 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Cambria County) |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).